IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LEIGH ANN YOUNGBLOOD-WEST, *

    Plaintiff, *

vs. *

                               CASE NO. 4:18-CV-83 (CDL)

AFLAC INCORPORATED, WILLIAM *
LAFAYETTE AMOS, JR., CECIL
CHEEVES, SAMUEL W. OATES, and *
DANIEL P. AMOS,

    Defendants.

## O R D E R

The above captioned case has previously been under seal. The Court entered an order on September 7, 2018, partially unsealing this case. Exhibit A is a redacted copy of that order. Future filings in this action shall be governed by that Order, a redacted copy of which is filed herewith as Exhibit A.

                          This 18th day of September, 2018.

                          S/Clay D. Land

                          CLAY D. LAND

                          CHIEF U.S. DISTRICT JUDGE

                          MIDDLE DISTRICT OF GEORGIA