IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LEIGH ANN YOUNGBLOOD-WEST, | * | |
| Plaintiff, | * | |
| vs. | * | |
| AFLAC INCORPORATED, DANIEL P. AMOS, WILLIAM LAFAYETTE AMOS, JR., CECIL CHEVES, and SAMUEL W. OATES, | * | CASE NO. 4:18-CV-83 (CDL) |
| | * | |
| Defendants. | * | |
| | * | |

O R D E R

Pursuant to the redaction protocol, Defendants have suggested redactions to Plaintiff's Response to Oates's Motion to Dismiss. Plaintiff has suggested no redactions. The Court finds Defendants' proposed redactions appropriate and attaches a redacted version of this document as Exhibit A to this Order. The Clerk is directed to docket this Order, along with the attached Exhibit A, so that access to it is unrestricted.

IT IS SO ORDERED, this 19th day of November, 2018.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA