IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LEIGH ANN YOUNGBLOOD-WEST, | * | |
| Plaintiff, | * | |
| vs. | * | |
| AFLAC INCORPORATED, DANIEL P. AMOS, WILLIAM LAFAYETTE AMOS, JR., CECIL CHEVES, and SAMUEL W. OATES, | * | CASE NO. 4:18-CV-83 (CDL) |
| | * | |
| Defendants. | * | |
| | * | |

O R D E R

The Court established a redaction protocol for the parties' filings in this action. *See* Order (Sept. 7, 2018), ECF No. 59. Defendants have complied with the protocol for most filings and requested redactions. Plaintiff has not requested redactions, presumably because Plaintiff does not think that anything should be redacted. The Court has attached hereto as Exhibit A redacted copies of the parties' filings subsequent to the date of the Court's last redaction order. The Clerk shall docket this order along with the attachments to this order, collectively labeled as Exhibit A, on the public docket.

IT IS SO ORDERED, this 12th day of April, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA