IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEIGH ANN YOUNGBLOOD-WEST, | * |
| Plaintiff, | * |
| vs. | * |
| AFLAC INCORPORATED, DANIEL P. AMOS, WILLIAM LAFAYETTE AMOS, JR., CECIL CHEVES, and SAMUEL W. OATES, | *  CASE NO. 4:18-CV-83 (CDL) |
| | * |
| Defendants. | * |
| | * |

O R D E R

The Court of Appeals has returned its mandate affirming this Court's judgment in favor of all Defendants (ECF No. 172). The following motions remain pending in this Court: (1) Defendant Dr. William Amos's Motion for Contempt (ECF No. 165); (2) Plaintiff's Motion for Reasonable Expenses (ECF No. 56); and (3) Defendants Dan Amos and Aflac's Motions for Rule 11 Sanctions (ECF Nos. 21 & 49).

In light of the Court of Appeals' ruling regarding Defendant William Amos's Motion for Contempt and related Motion to Seal, the Court denies Defendant William Amos's Motion for Contempt (ECF No. 165). The Court of Appeals was the appropriate court to decide how matters should be filed in proceedings before it. The Court declines to award relief when the Court of Appeals specifically refused to do so.

1

Plaintiff has no legal basis for the recovery of her expenses in this action, and her motion (ECF No. 56) is denied.

If Defendants Dan Amos and Aflac intend to pursue their Motions for Rule 11 Sanctions (ECF Nos. 21 & 49), they shall supplement their motions by filing sworn affidavits and appropriate evidentiary support for the specific amount of litigation expenses, including attorneys' fees, which they seek to have the Court award. Any supplement to their motions shall be filed by 5:00 P.M. on February 21, 2020. Plaintiff's response to any supplement shall be filed within 14 days of service of the supplement. If Defendants decide to abandon their Rule 11 motions, they shall file a notice of withdrawal of the motions by February 21, 2020.

This order shall be docketed without restricted access.

IT IS SO ORDERED, this 12th day of February, 2020.

                                           S/Clay D. Land
                                           CLAY D. LAND
                                           CHIEF U.S. DISTRICT COURT JUDGE
                                           MIDDLE DISTRICT OF GEORGIA