IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEIGH ANN YOUNGBLOOD-WEST, | * |
| Plaintiff, | * |
| v. | Case No. 4:18-cv-83 (CDL) |
| | * |
| AFLAC, INCORPORATED, WILLIAM LAFAYETTE AMOS JR., SAMUEL W. OATES, DANIEL P. AMOS, and CECIL CHEVES, | * * * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. The injunction previously entered in favor of William Lafayette Amos Jr. shall remain in effect. Defendants shall also recover costs of this action.

This 24th day of February 2020.

                                                David W. Bunt, Clerk

                                                s/ Timothy L. Frost, Deputy Clerk